# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SHANICE KLOSS, individually and on behalf of similarly situated individuals,

Plaintiff(s),

v.

ACUANT, INC., a Delaware Corporation,

Defendant(s).

Case No. 19cv6353
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Defendant Acuant, Inc. and against Plaintiff Shanice Kloss.

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 5/21/2020            Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk